# MINUTE ORDER

Page 5

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**   Date: 12/17/25   Time: 2:00 p.m.

Defendant: Daniel Chu   J#: 31180-512   Case #: 25-MJ-4334-LOUIS

AUSA: Ed Gardea   Attorney: Howard Srebnick/Jackie Perczek (Temp)

Violation: SD NY/WARR/IND/Cont Financial Crimes Enterprise.Consp to Commit Bank Fraud and Wire Fraud Affecting a Financial Institution.Bank Fraud.Wire Fraud Affecting a Financial Institution.   Surr/Arrest Date: 12/17/25   YOB: 1965

Proceeding: Initial Appearance   CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:

Bond Set at:   Co-signed by:

- [x] *Surrender and/or do not obtain passports/travel docs*
- [x] *Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person*
- [ ] Random urine testing by Pretrial Services
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] *Travel extended to: S/D FL (reside) S/D & E/D NY & N/D Texas*
- [ ] Other:

Language: English

**Disposition:**

*Defendant advised of rights and charges*

*Counsel files temporary appearance*

*STIP $300K PSB cosigned by his wife (no hrg. held); Court sets (released)*

*Defendant to appear in the Southern District in New York on 1/13/26*

**Brady order given*

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

*Removal Hearing:*   *12/29/25*   *1:00 p.m.*   *Duty/Miami*

Status Conference RE:

D.A.R. 14:29:15   Time in Court: 10 mins

s/Lauren F. Louis   Magistrate Judge